**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
In re:                                          **Chapter 13**

   **Imran Mohammad Shah**        **Case No.:**     **19-12200**

              Debtor
------------------------------------------------------------X

## ORDER DISMISSING CASE PURSUANT TO 11 U.S.C. § 521(i)(1)

The Debtor having failed to file bankruptcy schedules required by 11 U.S.C. § 521(a)(1) within 45 days of the petition date in this case, it is hereby

ORDERED, that this case is dismissed pursuant to 11 U.S.C. § 521(i)(1).



**Dated: October 2, 2019**
    **Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**