**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
One Bowling Green
New York, NY 10004–1408

---

| | |
|---|---|
| IN RE: Imran Mohammad Shah<br>  aka   Ron<br>  dba   Diversity Homes Inc. | CASE NO.: 19–12200–cgm |
| Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx–xx–3279   81–1096721 | CHAPTER: 13 |

---

# ORDER DISCHARGING TRUSTEE

The petition of the above named debtor has been dismissed and the chapter 13 trustee has submitted the final report.

IT IS ORDERED THAT:

Krista M. Preuss is discharged as trustee of the estate of the above named debtor(s) and this chapter 13 case is closed.

Dated: October 16, 2019                                                                         Cecelia G. Morris, Bankruptcy Judge